ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 24 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| WALTER G. SMITH, D/B/A IMPACT IMAGES<br><br>Plaintiff,<br><br>VS.<br><br>SAM'S EAST, INC. d/b/a SAM'S CLUB, INC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ NO. _____<br><br>3 05CV1708.-M |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Walter G. Smith, d/b/a Impact Images ("Plaintiff") files this complaint against SAM'S CLUB EAST, INC. d/b/a SAM'S CLUB, INC. ("SAMS").

### I. INTRODUCTION

1.  This is a Copyright infringement claim that arises out of the Defendant's unauthorized sale of shirts that bear Plaintiff's Registered image of former Dallas Cowboys star, Emmitt J. Smith, entitled "Emmitt Smith Defending the Star®".

### II. PARTIES

2.  Plaintiff is a citizen of the State of Texas. He resides at 10905 Shadow Brook Lane, Frisco, Texas 75035.

3.  Defendant, SAMS, is a corporation duly organized and existing under the laws of the State of Delaware, that is duly authorized to conduct business in the State of Texas and which may be served with process by serving its registered agent, Corporation Service Company, at 800 Brazos, Austin, Texas 78701.

## III. JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial portion of the actions or omissions giving rise to Plaintiff's claims arose in this District.

## IV. FACTUAL BACKGROUND

6. On or about September 28, 2000, Plaintiff photographed Emmitt J. Smith kneeling on the star located in the center of the Dallas Cowboys' home field, Texas Stadium (the "Image").

7. On or about August 16, 2001, Plaintiff displayed the Image to the Dallas Cowboys Football organization (the "Cowboys") for potential purchase.

8. The Cowboys purchased copies of the photograph, at a total cost of $6,500, for sale through its Dallas Cowboys Pro Shops retail locations.

9. In or about May 2002, the Cowboys contacted Plaintiff regarding its potential use of the Image in connection with season tickets for the 2002 season.

10. On or about May 21, 2002, in reliance on the Cowboys' representations concerning proper attribution in connection with their prospective use of the Image, Plaintiff provided the Cowboys a digital file of the Image.

11. The Cowboys chose not to use the Image, as authorized; however, in or about September 2002, the Cowboys, without authorization from Plaintiff, began reproducing, adapting, distributing, disseminating, selling and/or otherwise exploiting unauthorized copies of and/or derivative works of the Image.

12. Specifically, the Cowboys misappropriated the Image and copied it onto t-shirts, sweatshirts, and other memorabilia (collectively, the "Infringing Items") which the Cowboys sold for profit at certain of the Cowboy's retail establishments and on certain of the Cowboys' World Wide Web/Internet sites ("Internet Sites").

13. On February 26, 2004, Plaintiff registered the Image, which he entitled "Emmitt Smith Defending the Star," with the Register of Copyrights. The Certificate of Registration bears the number VA 1-221-136, a true and correct copy of which is attached hereto as Exhibit "A."

14. On March 18, 2004, Plaintiff brought suit in the United States District Court for the Northern District of Texas, Dallas Division (the "Cowboy Litigation"), against the Cowboys, Dallas Cowboy Merchandising, Ltd. ("DCM"), Dallas Cowboys Pro Shops, L.P. ("Pro Shops"), Esports Partners, Inc. ("Esports"), Reebok International, Ltd. ("Reebok"), Emmitt Zone, Inc. ("Zone"), and Advantage Marketing Group, Inc. ("Advantage") (collectively the "Cowboy Defendants") for Copyright infringement connected to their reproduction, adaptation, distribution, dissemination, sale and/or exploitation of unauthorized copies of and/or derivative works of the Image.

15. During discovery, documents produced by Reebok showed a total of 43,334 infringing t-shirts and sweatshirts were manufactured.

16. Of the 43,334 infringing items, the Reebok documents show 42,914 were shipped and received by Dallas Cowboys Merchandising and a total of 242 infringing items remained on hand in Reebok's warehouse.

17. DCM and DCPS, however, produced documents showing they purchased only 32,994 infringing items from Reebok.

18. Accordingly, there are at least 10,340 infringing t-shirts and sweat shirts that the Cowboys Defendants could not account for.

19. Ultimately, the parties settled (the "Settlement") the Cowboy Litigation. Pursuant to the well-publicized settlement, the Cowboy Defendants agreed to pay Plaintiff the sum of $275,000.00 in exchange for a release of Plaintiff's claims against the Cowboy Defendants.

20. The Plaintiff did not grant the Cowboy Defendants a license to manufacture, distribute or sell any item bearing the Image.

21. In or about June 2005, Plaintiff discovered that SAMS obtained some quantity of the Infringing Items and offered them for sale at one or more of its North Texas locations.

22. As of the filing of this Complaint, SAMS continues to sell the Infringing Items at its various retail locations in North Texas and, perhaps, elsewhere.

### V. CAUSE OF ACTION
### (COPYRIGHT INFRINGEMENT)

23. Plaintiff owns the Image and has the exclusive rights to copy, to distribute and to transmit the Image in the United States.

24. The Image is Registered with the United States Copyright Office.

25. At all times relevant herein, Plaintiff has complied with the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and has secured the exclusive rights and privileges in and to the Image.

26. SAMS has, without authorization from Plaintiff, sold, distributed, disseminated, and otherwise exploited unauthorized copies of and derivative works of the Image on t-shirts and sweatshirts offered for sale to the public by SAMS.

27. With the exception of a license granted to the Cowboys in June 2002 to sell a set quantity of still photographs of the Images, Plaintiff has not licensed any rights to anyone, including SAMS, to reproduce or to distribute the Image in any manner whatsoever.

28. SAMS' conduct infringes Plaintiff's exclusive rights in his Copyright, including without limitation Plaintiff's rights under 17 U.S.C. § 106.

29. SAMS willfully engaged in, and is willfully engaging in, the acts complained of with oppression and malice, and has been so engaged in with a total and conscious disregard for Plaintiff's intellectual property rights.

30. By reason of SAMS' infringement and threatened infringement, and as a direct and proximate result thereof, SAMS has realized and continues to realize profits and other benefits that rightfully belong to Plaintiff.

31. Plaintiff is therefore entitled to recover from SAMS either statutory damages pursuant to 17 U.S.C. § 504(c), or actual damages sustained by Plaintiff as a result of SAMS' Copyright infringement, including all revenue from the sale of the Infringing Items.

32. Pursuant to 17 U.S.C. § 505, Plaintiff is entitled to recover his full costs, including reasonable attorneys' fees, from SAMS.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

1. That upon Plaintiff's election, Plaintiff will be awarded either his actual damages and/or a disgorgement of SAMS' revenue from the sale of the Infringing Items, plus interest, or alternatively, an award of statutory damages in the amount of $30,000.00

pursuant to 17 U.S.C. § 504(c)(1), to be increased to $150,000.00, as permitted by 17 U.S.C. § 504 (c)(2), because of SAMS' willful infringement;

2. That the Court award Plaintiff his full costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

3. That the Court grant such other and further relief as it deems just and proper.

Dated: 8/24/05

Respectfully submitted,

By: _____
JAMES E. DAVIS
State Bar No. 05504200
BRAD C. MALL
State Bar No. 24007593

**DAVIS MUNCK, P.C.**
13155 Noel Road
900 Three Galleria Tower
Dallas, TX 75240
Telephone: 972-628-3600
Facsimile: 972-628-3616

**ATTORNEYS FOR PLAINTIFF**

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Dated: **8/24/05**

                                      Respectfully submitted,

By: *[signature]*
**JAMES E. DAVIS**
State Bar No. 05504200
**BRAD C. MALL**
State Bar No. 24007593

**DAVIS MUNCK, P.C.**
13155 Noel Road
900 Three Galleria Tower
Dallas, TX 75240
Telephone: 972-628-3600
Facsimile: 972-628-3616

**ATTORNEYS FOR PLAINTIFF**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-221-136

EFFECTIVE DATE OF REGISTRATION
2-26-03

ATE CONTINUATION SHEET

**1** Title of This Work ▼ : Emmit Smith Defending the Star
Nature of This Work ▼ See Instructions : Photograph

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a Walter Glen Smith
DATES OF BIRTH AND DEATH
Year Born ▼ 1965  Year Died ▼

NOTE
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of United States
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☑ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b Name of Author ▼
Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2000
b Date and Nation of First Publication of This Particular Work
Month Aug Day 16 Year 2001 Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Walter G Smith
10905 Shadow Brook Ln
Frisco TX 75035

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 26 2003    SEP 08 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 26 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages



EXHIBIT A

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6** a
See instructions before completing this space.

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                  Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Walter Smith
10905 Shadow Brook Ln
Frisco TX 75035

b

Area code and daytime telephone number ( 972 ) 712 3686         Fax number ( 469 ) 633-0799
Email walt@nphoto.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Walter G Smith                                    Date Feb 16 2003

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address. | Name ▼ Walter Smith | Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 10905 Shadow Brook Ln | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Frisco TX 75035 | Library of Congress Copyright Office 101 Independence Avenue, S E Washington, D C 20559-6000 |

**9**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20 000   Web Rev June 2002   ● Printed on recycled paper                    U.S. Government Printing Office 2000-461-113/20 021

# CIVIL COVER SHEET

JS 44 (Rev. 11/…)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL** — RECEIVED AUG 24 2005 — CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS
Walter G. Smith d/b/a Impact Images

## DEFENDANTS
Sam's East, Inc. d/b/a Sam's Club, Inc.

**(b)** County of Residence of First Listed Plaintiff: Collin County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Davis Munck, P.C., 13155 Noel Rd., Ste. 900, Dallas, TX 75240
(972) 628-3600

Attorneys (If Known)

**3 05CV1708 - M**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending |  | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: Copyright Infringement action.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: August 24, 2005
SIGNATURE OF ATTORNEY OF RECORD: /s/ James E. Davis

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____