ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| WALTER G. SMITH  d/b/a IMPACT IMAGES, § <br> Plaintiff § <br> § <br> vs. § <br> § <br> SAM'S EAST, INC. d/b/a SAM'S CLUB, INC., § <br> J.C. PENNEY CORP., INC. TEAM FAN SHOP, § <br> L.L.C., FOOTBALL FANATICS, INC., and § <br> INTERNET MARKETING ASSOCIATES, INC. § <br> d/b/a WEBGALAXE.COM, § <br> Defendants § | Civil Action No. 3:05-CV-1708-M |

## AGREED ORDER OF DISMISSAL

The Court has considered the Agreed Motion to Dismiss with Prejudice filed by the parties and is of the opinion that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that any and all claims brought by Walter G. Smith d/b/a Impact Images against Sam's East, Inc. d/b/a Sam's Club, Inc., J.C. Penney Corporation, Inc., Team Fan Shop, L.L.C., Football Fanatics, Inc., and Internet Marketing Associates, Inc. d/b/a Webgalaxe.com be and are hereby DISMISSED WITH PREJUDICE; it is further

ORDERD, ADJUDGED AND DECREED that each party shall be responsible for their own costs and attorneys' fees.

Signed this ___11___ day of ___July___, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND ENTRY:

*/s/ James E. Davis*

James E. Davis
State Bar No. 05504200
Counsel for Plaintiff
Walter G. Smith d/b/a Impact Images

_____

Levi G. McCathern, II
State Bar No. 00787990
Counsel for Defendants
Sam's East, Inc. d/b/a Sam's Club, Inc.,
J.C. Penney Corporation, Inc., Team Fan Shop, L.L.C.,
Football Fanatics, Inc., Internet Marketing Associates, Inc.
d/b/a Webgalaxe.com

# CASE CLOSED

**CASE NUMBER:** 3:05-cv-1708-M

**DATE:** 07/11/06

**TRIAL:  YES** _____   **NO** X